UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RICKIE WESTBROOK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CAUSE NO. 1:05-CV-0057 WL |
| GRANT COUNTY JAIL, *et al.*, | ) ) ) |
| Defendants. | ) |

OPINION AND ORDER

Rickie Westbrook, a *pro se* prisoner, was granted leave to amend his complaint and the United States Marshals Service was directed to serve the defendants, but he has not provided the paperwork necessary for service.

For the foregoing reasons, the court:

(1) **DIRECTS** the clerk to enclose three summons and three USM-285's along with the copy of this order that is mailed to Rickie Westbrook;

(2) **ORDERS** Rickie Westbrook to return the properly completed papers on or before August 31, 2005; and

(3) **CAUTIONS** Rickie Westbrook that if he does not comply with this order, these defendants may be dismissed pursuant to Fed. R. Civ. P. 4(m) and/or 41(b).

SO ORDERED.

ENTERED: July 25, 2005

                                       S/William C. Lee
                                       William C. Lee, Judge
                                       United States District Court